I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 10.2.14

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT

OCT - 2 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY LEWIS, | Case No.  CV 13-1406-GW (RNB) |
| Petitioner, | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| vs. | |
| A.M. GONZALEZ, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative Third Amended Petition, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report and Recommendation have been filed herein.  The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered denying the Third Amended Petition and dismissing this action with prejudice.

DATED: Sept. 28, 2014

GEORGE H. WU
UNITED STATES DISTRICT JUDGE