JS-6
Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 10-2-14

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
OCT - 2 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT - 2 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY LEWIS,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>A.M. GONZALEZ,<br><br>　　　　Respondent. | Case No.  CV 13-1406-GW (RNB)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the operative Third Amended Petition is denied and this action is dismissed with prejudice.

DATED: Sept. 28, 2014

　　　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE